On respondent's petition for reconsideration filed March 19, reconsideration allowed; former opinion (223 Or App 387, 196 P3d 547 (2008)) modified and adhered to as modified; affirmed May 27, petition for review denied June 17, 2009 (346 Or 361)

## STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

## KEVIN RICHARD BERG,
*Defendant-Appellant.*

Lake County Circuit Court
040076CR, 040062CR, 040188CR;
A128652 (Control), A128653, A128654

208 P3d 1006

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Paul L. Smith, Assistant Attorney-in-Charge, Criminal Appeals, for petition.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

The state petitions for reconsideration. In *State v. Berg*, 223 Or App 387, 196 P3d 547 (2008), we affirmed defendant's conviction but remanded for resentencing in light of *State v. Ice*, 343 Or 248, 170 P3d 1049 (2007), *rev'd and rem'd*, 555 US ___ , 129 S Ct 711, 172 L Ed 2d 517 (2009). The state now argues that, in light of the United States Supreme Court's decision in *Ice*, our remand for resentencing was erroneous. The state is correct. This case is controlled by *Oregon v. Ice*. Accordingly, we modify our opinion and affirm.

Reconsideration allowed; former opinion modified and adhered to as modified; affirmed.